UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Laverna Boles, | ) | C/A No. 3:13-3099-TLW-KDW |
| | ) | |
| Plaintiff, | ) | **and** |
| | ) | |
| | ) | C/A No. 3:13-3112-JFA-TER |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **ORDER OF CONSOLIDATION** |
| | ) | |
| Gallman Personnel Services, Inc. and LiftOne, LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff originally brought suit against Defendants Gallman Personnel Services, Inc. ("Gallman") and LiftOne, LLC ("LiftOne") in the Richland County Court of Common Pleas, 2013-CP-40-4541. On November 14, 2013, counsel for Gallman removed the case to this court, where it was assigned the Civil Action Number 3:13-3099-TLW-KDW. The following day, counsel for LiftOne also removed the case to this court, and it was assigned a different civil action number, 3:13-3112-JFA-TER. On December 3, 2013, Defense counsel contacted the court and indicated the same case had been removed twice and that it would be appropriate that only one case go forward. The court is further advised that counsel for all parties agree that one case should go forward.

Accordingly, the court *orders* that these two above-captioned cases be consolidated. The Clerk of Court is directed to consolidate C/A No. 3:13-3112 into C/A No. 3:13-3099 and to administratively close C/A No. 3:13-3112. In consolidating these cases, the Clerk is to transfer

all filings from C/A No.3:13-3112 into C/A No.3:13-3099, noting the original dates of filing as to the transferred docket entries.

Plaintiff's Motion for Extension of Time for Response to Motion to Dismiss Filed by Defendant LiftOne (filed on December 2, 2013 as ECF No. 6 in Civil Action Number 3:13-3112) is hereby *granted*. Plaintiff's response to LiftOne's Motion to Dismiss (filed on November 22, 2013 as ECF No. 5 in Civil Action Number 3:13-3112) is now due **January 6, 2014**.

The Conference and Scheduling Order in place for Civil Action Number 3:13-3099 shall remain in effect. If, as a result of this consolidation, the parties believe the scheduling order should be amended, they should so advise the court in their Rule 26(f) Report.

IT IS SO ORDERED.

December 4, 2013                                     Kaymani D. West
Florence, South Carolina                             United States Magistrate Judge